# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Doyle, Carol A. | **2. Court or Organization**<br><br>Northern District of Illinois | **3. Date of Report**<br><br>04/27/2020 |

**4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)

U.S. Bankruptcy Judge

**5a. Report Type** (check appropriate type)

☐ Nomination    Date

☐ Initial    ☑ Annual    ☐ Final

**5b.** ☐   Amended Report

**6. Reporting Period**

01/01/2019
**to**
12/31/2019

**7. Chambers or Office Address**

Room 738
219 S. Dearborn
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Doyle, Carol A.** | 04/27/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▨ |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doyle, Carol A. | 04/27/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ▨ | Tuition, room, and board | None |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Doyle, Carol A.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. The Vanguard Group 500 Index Fund | A | Dividend | K | T | | | | | |
| 2. Nicholas II Mutual Fund IRA | A | Dividend | K | T | | | | | |
| 3. American Cent. Fund IRA (H) | | | | | | | | | |
| 4. - American Cent. Ultra Fund IRA | A | Dividend | M | T | | | | | |
| 5. - American Cent. Growth Fund IRA | A | Dividend | M | T | | | | | |
| 6. Federated Capital Appreciation Fund A | A | Dividend | K | T | | | | | |
| 7. ICMA Retirement Corp. A 457 Retirement Account (H) | | | | | | | | | |
| 8. - ICMA VT Vantagepoint Growth Fund | A | Dividend | M | T | | | | | |
| 9. - ICMA VT Vantagepoint Milestone 2015 | A | Dividend | L | T | | | | | |
| 10. - ICMA Vantage Trust PLUS Fund | A | Dividend | M | T | | | | | |
| 11. - ICMA VT Vantagepoint Equity Income Fund | A | Dividend | L | T | | | | | |
| 12. - ICMA VT MFS Value Fund | A | Dividend | L | T | | | | | |
| 13. - ICMA VT Fidelity Contra Fund | A | Dividend | M | T | | | | | |
| 14. - ICMA VT TRPrice Growth Stock Adv | A | Dividend | L | T | | | | | |
| 15. JP Morgan Chase, Checking & Money Market Acc | A | Interest | K | T | | | | | |
| 16. Fifth Third Bank Checking, Savings and CD Accounts | A | Interest | J | T | | | | | |
| 17. Met Life common stock | A | Dividend | | | Sold | 06/13/19 | J | B | Met Life |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Doyle, Carol A.** | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Utah Educational Savings Plan Age-Based Moderate Portfolio | B | Dividend | K | T | Sold (part) | 06/13/19 | J | A | |
| 19. | | | | | Sold (part) | 09/03/19 | J | A | |
| 20. Fidelity Investments (H) | | | | | | | | | |
| 21. - US Bank IRA (FDIC Insured Deposit) (X) | A | Interest | K | T | | | | | |
| 22. -Spartan Int'l Index Fidelity Advantage Class | A | Dividend | L | T | | | | | |
| 23. -Fidelity Total Bond | D | Dividend | M | T | | | | | |
| 24. - Frost Total Return Bond Investor | C | Dividend | K | T | | | | | |
| 25. -SPDR S&P 500 ETF Trust | D | Dividend | N | T | | | | | |
| 26. -SPDR S&P Mid Cap 400 ETF Trust | A | Dividend | L | T | | | | | |
| 27. Jackson Nat. Life Ins. Fixed Annuity | A | Interest | J | T | Distributed (part) | 11/22/19 | J | A | |
| 28. American Century Ginnie Mae Fund Inherited IRA | A | Dividend | J | T | Distributed (part) | 12/02/19 | J | A | |
| 29. Vanguard Inherited IRA (H) | | | | | | | | | |
| 30. -Vanguard Target Retirement | A | Dividend | J | T | Distributed (part) | 11/05/19 | J | A | |
| 31. -Wellesley Inc. Fund Adm | A | Dividend | K | T | Distributed (part) | 11/05/19 | J | A | |
| 32. -S-T Investment Great Inv. | A | Dividend | J | T | Distributed (part) | 11/05/19 | J | A | |
| 33. Fidelity Inherited Ira (H) | | | | | | | | | |
| 34. -Fidelity Government Money Market | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doyle, Carol A. | 04/27/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. -Fidelity 500 Index Premium Class (FUSVX) | A | Dividend | K | T | | | | | |
| 36. - Fidelity International Index Premium Class (FSIVX) | A | Dividend | J | T | | | | | |
| 37. - Fidelity Total Bond (FTBFX) | A | Dividend | J | T | | | | | |
| 38. Fidelity Investtments (H) | | | | | | | | | |
| 39. - Citibank IRA (FDIC Insured Deposit) | A | Interest | J | T | | | | | |
| 40. - Fidelity Balanced Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doyle, Carol A. | 04/27/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Carol A. Doyle**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544